**Order filed March 16, 2020**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-17-00838-CR

———————

**JEREL CHINEDU IGBOJI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 16-DCR-072102**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Court's Exhibit No. 2.**

The clerk of the 240th District Court is directed to deliver to the Clerk of this court the original of Court's Exhibit No. 2, on or before **March 23, 2020.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Court's Exhibit No. 2, to the clerk of the 240th District Court.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Spain